TERREE A. BOWERS (SBN 089334)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: bowerst@howrey.com

PATRICIA L. GLASER (SBN 055668)
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
Email: pglaser@glaserweil.com

Attorneys for Defendant
TERRY CHRISTENSEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY PELLICANO and TERRY CHRISTENSEN,<br><br>Defendants. | Case No. CR 05-1046(E)-DSF<br><br>**ORDER GRANTING TERREE A. BOWERS AND HOWREY LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT TERRY CHRISTENSEN**<br><br>The Honorable Dale S. Fischer<br><br>Courtroom: 840<br><br>Hearing Date: [Not Required] |

The Court having considered Terree A. Bowers and Howrey LLP's Motion for Leave to Withdraw as Counsel for Defendant Terry Christensen, the Stipulation to Withdrawal of Terree A. Bowers and Howrey LLP's as Counsel of Record, and upon consideration of all briefing submitted in support of the motion, hereby orders as follows:

NOW THEREFORE, IT IS HEREBY ORDERED THAT Terree A. Bowers and Howrey LLP are immediately granted leave to withdraw as counsel of record for Defendant Terry Christensen in the matter *United States of America v. Terry Christensen*, Case No. CR 05-1046(E)-DSF and any and all appeals that may be taken therefrom.

IT IS SO ORDERED.

Dated: March 19, 2009

HONORABLE DALE S. FISCHER
United States District Judge

Submitted by:
Terree A. Bowers
Howrey LLP